# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2016

*The Court of Appeals hereby passes the following order:*

**A16A2061. SANCHEZ v. HUGHSTON HOSPITAL, INC. d/b/a HUGHSTON
     HOSPITAL.**
**A16A2062. WILLIAMS v. HUGHSTON HOSPITAL, INC. d/b/a HUGHSTON
     HOSPITAL.**

The above captioned appeals were docketed in this Court on July 14, 2016. Appellant's briefs and enumeration of errors were due on August 3, 2016. On August 9, 2016, Appellants in the above cases were ordered to file their brief and enumeration of errors by August 19, 2016.

As of the date of this order, appellants still have not filed their brief and enumeration of errors, and have not requested an extension of time in which to do so. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  09/06/2016
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*